UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-248-D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| RALPH W. PETERS | |

This matter comes before the Court on Defendant's Motion for an order permitting him to file under seal the previously filed Document. For good cause shown, the Motion is hereby GRANTED, and it is ORDERED that Defendant's Document, as well as the order resulting therefrom, be filed under seal with the Clerk of Court. It is further ordered that this Order, as well as the Motion to Seal, also be filed under seal with the Clerk of Court.

SO ORDERED.

This the 5 day of January, 2016.

JAMES C. DEVER III
Chief United States District Judge